UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QIUTONG WANG,<br><br>Petitioner,<br><br>-v-<br><br>MARKWAYNE MULLIN *et al.*,<br><br>Respondents. | 26 Civ. 6289 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

Upon consideration of respondents' and petitioner's letters responding to the Court's September 15, 2026 decision (Dkt. 18), and for the reasons stated there, it is ORDERED that, by October 2, 2026, an immigration judge ("IJ") shall hold a bond hearing for Qiutong Wang, at which the Government shall bear the burden of proving, by clear and convincing evidence, that Wang is a danger to the community or a flight risk. In determining whether to grant bond, the IJ shall consider the sufficiency of alternatives to imprisonment, including but not limited to release on recognizance and electronic monitoring. In determining the amount of any bond imposed, the IJ shall consider Wang's ability to pay. Within 72 hours of the bond hearing, the Government shall file a letter on the docket of this case stating the outcome of the bond hearing. It shall also promptly order a transcript or recording of the hearing and file such on the docket.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: September 22, 2026
New York, New York