UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QIUTONG WANG,

Petitioner,

-v-

MARKWAYNE MULLIN *et al.*,

Respondents.

26 Civ. 6289 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 23, 2026, petitioner Qiutong Wang filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by the United States Immigration and Customs Enforcement. Dkt. 1. On September 22, 2026, the Court found that Wang's detention derived from a constitutionally deficient bond hearing at which the burden of proof had been placed on Wang rather than the Government. Dkt. 21; *see also* Dkt. 18. The Court thus ordered an immigration judge to "hold a bond hearing for Qiutong Wang, at which the Government shall bear the burden of proving, by clear and convincing evidence, that Wang is a danger to the community or a flight risk." Dkt. 21.

On September 30, respondents informed the Court that "an Immigration Judge held a bond hearing for Petitioner on September 28, 2026" and "ordered Petitioner to be released from custody." Dkt. 22. On October 22, 2026, respondents filed the transcript of that hearing with the Court, confirming that Wang had been ordered released and that the Government had borne the burden of proof. Dkt. 24.

In light of these developments, all issues in this case have been resolved. The Court respectfully directs the Clerk of Court to close this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 23, 2026
New York, New York